Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778
916-282-0771 fax

Attorney for Plaintiff
Andrew Week

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Andrew Week,<br><br>       Plaintiff,<br><br> v.<br><br>Experian Information Solutions, Inc., et. al.<br><br>       Defendants. | Case No.: 2:24-cv-00291-WBS-CKD<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

### ORDER

Upon consideration of Plaintiff Andrew Week and Defendants Experian Information Solutions, Inc.; Equifax Information Services, LLC Ron Du Pratt Ford, Ins., and States Recovery Systems, Inc.'s Stipulation for Entry of Order Granting Leave for Plaintiff to File a First Amended Complaint, and for good cause appearing, it is hereby **ORDERED** that:

    a) Plaintiff shall file his First Amended Complaint within 14 days of entry of this Order;

    b) Defendant shall Answer, move, or otherwise respond to Plaintiff's First Amended Complaint within 30 days of its filing.

IT IS SO ORDERED.

Dated: May 10, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE