Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-282-0771 fax

Attorneys for Plaintiff
Andrew Week

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW WEEK<br><br>            Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., et. al.<br><br><br><br>            Defendant. | Case No.: 2:24-cv-00291-WBS-CKD<br><br>ORDER ON PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS RE: DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

**ORDER**

Pursuant to the Plaintiff's Request, filed on June 21, 2024 regarding an extension of the deadline to file dispositional documents with respect to Defendant Equifax Information Services, and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff shall have to July 8, 2024 to dismiss Defendant Equifax Information Services, LLC.

Dated:  June 21, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE