Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Telephone: 916-290-7778
Facsimile: 916-282-0771

Attorney for Plaintiff
Andrew Week

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Andrew Week,<br><br>           Plaintiff,<br><br>     vs.<br><br>Ron Du Pratt Ford, Inc. et. al.<br>           Defendants. | Case No.: 2:24-cv-00291-WBS-CKD<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Defendant Ron Du Pratt Ford, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 9, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE